IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDY A. BROWN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-323 |
| | : | |
| CAROLYN W. COLVIN | : | |

## ORDER

AND NOW, this 17th day of November, 2016, upon consideration of Plaintiff Randy A. Brown's Motion for Summary Judgment and the Commissioner of Social Security's response thereto, after careful and independent review of the Report and Recommendation of United States Magistrate Judge Richard A. Lloret, Brown's objections thereto, and the Commissioner's response, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

1. Plaintiff's objections to the Report and Recommendation (Document 14) are OVERRULED;

2. The Report and Recommendation (Document 13) is APPROVED and ADOPTED;

3. Plaintiff's Motion for Summary Judgment (Document 8) is DENIED;

4. Judgment is entered affirming the decision of the Commissioner of Social Security; and

5. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez